JOHN J. VOKES, JR. v. EDWARD P. GREENER.

November 12, 1984.

Petition for certification denied.

HILDEBRAND MOISES CANGAS v. BAKERS
INSURANCE COMPANY.

November 12, 1984.

Petition for certification denied.

HERITAGE HOUSE ASSOCIATES v. BOARD OF RENT
LEVELING OF THE TOWN OF MORRISTOWN.

November 12, 1984.

Petition for certification denied.

FARMERS MUTUAL FIRE ASSURANCE ASSOCIATION OF NEW
JERSEY v. BOHSEI TV, AMERICAN APPLIANCE AND
LEGATO ASSOCIATES.

November 12, 1984.

Petition for certification denied.